IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ARVELL C. BASS                                   PLAINTIFF

v.                  Civil No. 05-3016

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                              DEFENDANT

**O R D E R**

On this the 13th day of June, 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the *Equal Access to Justice Act (EAJA), 28 U.S.C.A. § 2412* . For the reasons set forth in the magistrate's report and recommendation filed by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, dated May 12, 2006 (Doc. # 17), the court finds the magistrate's recommendations should be adopted *in toto* and hereby awards attorney's fees of $3,521.00 under *28 U.S.C. § 2412,* to be distributed to Plaintiff's attorneys as follows: Ronald Eskin is awarded fees in the amount of $3,290.00 under *28 U.S.C. § 2412,* and A. Noyl Houston is awarded $231.00 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.

                                                       /s/Jimm Larry Hendren
                                                       Jimm Larry Hendren
                                                       United States District Judge